```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   24cv6168 (DLC)
MASSIMO MAZZACCONE,                      :
                                         :       PRETRIAL
                            Plaintiff,   :   SCHEDULING ORDER
              -v-                        :
                                         :
BOLIVARIAN REPUBLIC OF VENEZUELA,        :
                                         :
                            Defendant.   :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the pretrial conference held pursuant to Rule 16, Fed. R. Civ. P., on June 12, 2025, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by **June 26, 2025**.

2. No additional parties may be joined or pleadings amended after **July 11, 2025**.

3. The parties shall file a status report on **September 19, 2025**.

4. Any motion for class certification shall be served by the following dates:

   - Motion served by **September 19, 2025**
   - Opposition served by **October 17, 2025**
   - Reply served by **October 31, 2025**

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

5.  All fact discovery must be completed by **October 10, 2025.**

    SO ORDERED:

Dated:  New York, New York
        June 13, 2025

                            _____
                                    DENISE COTE
                            United States District Judge