UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSIMO MAZZACCONE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE BOLIVARIAN REPUBLIC OF VENEZUELA,<br><br>Defendant. | Civil Case No. 1:24-cv-06168-DLC |

## JOINT STATUS REPORT

Pursuant to the Court's Pretrial Scheduling Order requesting a joint status report in the above-captioned case (Dkt. 29), Plaintiff Massimo Mazzaccone ("Mazzaccone" or "Plaintiff") and Defendant the Bolivarian Republic of Venezuela (the "Republic" or "Defendant") (collectively, the "Parties") hereby submit the following joint status report.

**1. Procedural History and Nature of the Case**

Plaintiff filed the Complaint on August 14, 2024 (Dkt. 1), asserting two claims for breach of contract: (1) Defendant's default on the 13.625% bonds maturing on August 15, 2018, issued under ISIN No. USP922646AT10 ("AT Bonds"); and (2) Defendant's default on the 13.625% bonds maturing on the same date, issued under ISIN No. USP9395PAA95 ("AA95 Bonds"). Plaintiff seeks to represent two classes of bondholders: (1) holders of the AT Bonds; and (2) holders of the AA95 Bonds.

The initial pretrial conference was subsequently adjourned pending service (Dkt. 7). Service pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1608(a)(4), was initiated through the U.S. Department of State on October 21, 2024 (Dkt. 8), and the Clerk's Certificate of

1

Mailing Receipt was filed on February 25, 2025 (Dkt. 13).  During this period, Plaintiff submitted interim status reports (Dkts. 9, 11) regarding service in accordance with the Court's October 17, 2024 (Dkt. 7) and October 28, 2024 Orders (Dkt. 10).

Defendant appeared in the action on April 16, 2025 (Dkts. 14–16).  Thereafter, the Court granted two extensions of Defendant's deadline to respond to the Complaint (Dkts. 18, 20).  Plaintiff subsequently filed a First Amended Complaint on May 5, 2025 (Dkt. 21), to which Defendant filed its Answer on May 19, 2025 (Dkt. 23).

On June 5, 2025, Plaintiff submitted the Rule 26(f) Discovery Plan Report (Dkt. 27).  The Court held the Initial Pretrial Conference on June 12, 2025, and entered the Pretrial Scheduling Order on June 13, 2025 (Dkt. 29).

2. **Discovery Status**

The Parties exchanged their initial disclosures on June 26, 2025, in accordance with the Court's Pretrial Scheduling Order.  On July 11, 2025, the Parties exchanged their First Set of Interrogatories and Document Demands, to which the Parties responded by August 11, 2025.  Thereafter, on September 10, 2025, Defendant served Plaintiff with a Second Set of Interrogatories.  On the same date, the Parties also exchanged their respective Requests for Admission.  Plaintiff made an initial document production on September 10, 2025.  On September 16, 2025, Defendant sent a letter to Plaintiff identifying potential deficiencies in Plaintiff's production and is currently awaiting a response.

Defendant also served a Notice of Deposition on Plaintiff on August 11, 2025.  Since then, the Parties have been coordinating scheduling and anticipate conducting the deposition on a mutually agreed-upon date following the resolution of any production deficiencies.

On September 18, 2025, the parties filed a joint letter motion respectfully requesting an extension of the deadlines for class certification briefing—specifically, the deadlines for Defendant's opposition and Plaintiff's reply—in order to accommodate expert work, including rebuttal reports and expert depositions related to class certification issues, and to enable the Parties to complete fact discovery related to issues relevant to class certification.

3. **Pending Motions**

Other than the Parties' joint request to extend the class certification opposition and reply deadlines described above, there are no other pending motions.

*[Remainder of page intentionally left blank]*

Dated: September 18, 2025
    New York, New York

Respectfully submitted,

*/s/ Anthony J. Costantini*
Anthony J. Costantini
Jillian Marie Dreusike
Stephanie Lamerce
DUANE MORRIS, LLP
22 Vanderbilt
335 Madison Avenue
23rd Floor
New York, New York 10017
Telephone: (212) 692-1032
ajcostantini@duanemorris.com
jdreusike@duanemorris.com
slamerce@duanemorris.com

*Counsel for Plaintiff Massimo Mazzaccone*

*/s/ Camilo Cardozo*
Camilo Cardozo
Marisa Antonelli
Dora Georgescu
VINSON & ELKINS LLP
The Grace Building
1114 Avenue of the Americas
32nd Floor
New York, New York 10036
Telephone: (212) 237-0186
ccardozo@velaw.com
mantonelli@velaw.com
dgeorgescu@velaw.com

*Counsel for Defendant The Bolivarian Republic of Venezuela*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Civil Rule 5.2 on this 18th day of September 2025. All counsel of record are being served with a copy of the foregoing document via e-mail.

                                                            */s/ Marisa Antonelli*
                                                             Marisa Antonelli