**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MASSIMO MAZZACCONE, individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

THE BOLIVARIAN REPUBLIC OF VENEZUELA,

        Defendant.

Civil Case No. 1:24-cv-06168-DLC

## DECLARATION OF GUSTAVO MARCANO

I, Gustavo Marcano, hereby declare that the following facts are true and correct to the best of my knowledge and belief:

1.    I submit this declaration in my capacity as a member and Coordinator of Consejo de Administración y Protección de Activos de la República (the Committee for the Administration and Protection of Assets, "**CAPA**"), which, as I explain below, is empowered to defend assets of the Bolivarian Republic of Venezuela ("**Venezuela**" or the "**Republic**") in the United States (among other jurisdictions).

2.    I make this declaration to explain CAPA's role as a representative of the Republic in this action, and to explain that, other than the documents produced by plaintiffs in this and other litigations, CAPA has no documents or information concerning the bonds at issue in this case, and is prohibited by United States sanctions from requesting or accessing any such documents or information in the possession of the illegitimate government Nicolás Maduro.

**A. CAPA Was Appointed by the 2015 National Assembly, the Only Government of Venezuela Recognized as Legitimate by the United States.**

3.      In December 2015, the Venezuelan people overwhelmingly voted in favor of opposition control of Venezuela's legislature, the National Assembly (the "**2015 National Assembly**").  However, rather than accepting the constitutional powers of parliament, Venezuelan's authoritarian leader, Nicolás Maduro, began a campaign to disavow those powers and nullify the National Assembly, and has subsequently claimed victory in two presidential elections, in 2018 and in 2024, that have been globally condemned as fraudulent.[1]

4.      In response to the 2018 election results, the National Assembly designated Representative Juan Guaidó as Interim President in January 2019, and on January 23, 2019 the Government of the United States recognized that interim government.[2]  In addition, the National Assembly enacted the Statute Governing the Transition to Democracy to Restore the Validity of the Constitution of the Bolivarian Republic of Venezuela (the "**Transition Statute**") to restore constitutional order and to establish an institutional framework for a transition regime while democracy is being restored.

5.      In January 2023, the National Assembly dissolved the interim government and, through an amendment to the Transition Statute, established CAPA to manage and protect the Government of Venezuela's assets abroad, including in the United States.  The powers of CAPA are set forth in Article 9 of the Transition Statute, as amended and published in Legislative Gazette No. 82 on December 16, 2024.

---

[1] *See Venezuela: A Democratic Crisis,* U.S. Dep't of State: Bureau of W. Hemisphere Affs., https://2017-2021.state.gov/a-democratic-crisis-in-venezuela/#crisis; Press Release, Dep't of the Treasury's Off. of Foreign Assets Control, Treasury Sanctions Venezuelan Officials Supporting Nicolas Maduro's Repression and Illegitimate Claim to Power (Jan. 10, 2025), https://home.treasury.gov/news/press-releases/jy2778.

[2] *See* Michael R. Pompeo, *Recognition of Juan Guaido as Venezuela's Interim President*, State Department of the United States (Jan, 23, 2019), https://2017-2021.state.gov/recognition-of-juan-guaido-as-venezuelas-interim-president/.

6.      Since January 2023, the United States Department of State has recognized the 2015 National Assembly as "the last remaining democratic institution in Venezuela."[3] The United States has recently reaffirmed "its recognition of and support for the 2015 National Assembly as the government of Venezuela" and as "the only government of Venezuela duly elected by the Venezuelan people."[4]

7.      In January 2023, the Office of Foreign Assets Control issued General License No. 31B, which authorized United States-persons to engage in all transactions with the National Assembly and any entity established by it (which includes CAPA).[5]

**B.  United States Government Sanctions Prevent CAPA From Requesting or Accessing Documents in the Possession of the Maduro Government**

8.      I understand that this case is brought as a purported class action on behalf of alleged holders of two distinct series of the Republic's sovereign bonds, under separate Fiscal Agency Agreements: 13.625% bonds designated as ISIN No. USP922646AT10 issued by the Republic pursuant to the Fiscal Agency Agreement dated August 6, 1998, as amended (the "**AT10 Bonds**") and 13.625% bonds designated as ISIN No. USP9395PAA95 issued by the Republic pursuant to the Fiscal Agency Agreement dated July 25, 2001, as amended (the "**AA95 Bonds**").

9.      United States sanctions against the Maduro regime prohibit members of CAPA, who reside in exile in the United States, from accessing or requesting any internal records,

---

[3] *See* Ned Price, Department Spokesperson, *Venezuela's Interim Government and the 2015 National Assembly*, State Department of the United States (Jan, 3, 2023), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/.
[4] *See* Statement of Interest of the United States of America. *Petróleos de Venezuela S.A. v. MUFG Union Bank, N.A.,* No. 1:19-cv-10023, ECF No. 393 (S.D.N.Y. Aug. 29, 2025).
[5] Statement, Andrea M. Gacki, Director, Off. of Foreign Assets Control, General License No. 31B: Certain Transactions Involving the IV Venezuelan National Assembly and Certain Other Persons (Jan. 9, 2023), https://ofac.treasury.gov/system/files/126/venezuela_gl31b.pdf.

documents or information held by the Maduro government, including ministries, state-owned enterprises, or other agencies currently under the control of the Maduro authorities.[6]

10. Accordingly, CAPA is prohibited from accessing or seeking access to internal records, documents or information regarding the AT10 Bonds or the AA95 bonds in the possession of the Maduro government.

11. Other than documents that have been produced by plaintiffs in this and other litigations or that are publicly available, CAPA has no documents or information concerning the AT10 Bonds, the AA95 Bonds, or any holders of such bonds.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of November, 2025.

 

                                                        Gustavo Marcano

---

[6] *See* Executive Order 13884, 84 Fed. Reg. 38843 (Aug. 7, 2019), https://www.federalregister.gov/documents/2019/08/07/2019-17052/blocking-property-of-the-government-ofvenezuela; Press Release, Dep't of the Treasury's Off. of Foreign Assets Control, Treasury Sanctions Venezuelan Officials Supporting Nicolas Maduro's Repression and Illegitimate Claim to Power (Jan. 10, 2025), https://home.treasury.gov/news/press-releases/jy2778.

4

THE STATE OF TEXAS }
}
COUNTY OF FORT BEND }

## AFFIDAVIT OF ACCURACY

BEFORE ME, the undersigned authority, on this day personally appeared <u>Maria C. Sanchez</u>, who, by oath and by presentation of identification, is personally known to me to be the person subscribing her name below and, after being by me duly sworn according to law, upon her oath deposes and says in due form of law that to the best of her knowledge, information and belief:

1. My name is Maria C. Sanchez, and I am over the age of twenty-one years and competent to make this affidavit.

2. I speak, read, and write fluently in both the English and Spanish languages.

3. I have been a professional legal translator since 1992 and graduated from the University of Salvador, Argentina with a degree in Legal and Technical Translations. For the past 22 years, I have worked as a chief editor and linguist for hundreds of documents in international arbitrations, litigation, and contracts and I am currently a Project Manager at TransLite Solutions, LLC.

I hereby certify that the English to Spanish translation attached hereto: *"Declaration of Gustavo Marcano"* is true, correct, fair, accurate and complete Spanish translation to the best of my ability, of the original document in English.

*[signature]*
MARIA CONCEPCION SANCHEZ

Sworn to before me this  11-26-25

*[signature]*
Notary Public in and for the State of Texas
My commission expires: 09/12/2028

*[Notary seal: DANIEL LEGARIA-CAMPUZANO, NOTARY PUBLIC, STATE OF TEXAS, ID #135085663, EXPIRES 09/12/2028]*

Certified Translations

**Translite Solutions, LLC | 5773 Woodway Suite 190. Houston Texas 77057 | (281) 402-2514**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MASSIMO MAZZACCONE, individually and on behalf of all others similarly situated, Plaintiff, v. THE BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | Civil Case No. 1:24-cv-06168-DLC |

## DECLARACIÓN DE GUSTAVO MARCANO

Yo, Gustavo Marcano, declaro por la presente que los siguientes hechos son ciertos y correctos a mi leal saber y entender:

1. Presento esta declaración en mi condición de miembro y coordinador del Consejo de Administración y Protección de Activos de la República (el **"CAPA"**), el cual, tal como se detalla a continuación, está facultado para defender los activos de la República Bolivariana de Venezuela ("**Venezuela**" o la "**República**") en procedimientos en los Estados Unidos (entre otras jurisdicciones).

2. Hago esta declaración para explicar la función de CAPA como representante de la República en esta demanda, y para explicar que, aparte de los documentos presentados por los demandantes en este y otros litigios, CAPA no posee documentos ni información relacionada con los bonos en cuestión en este caso, y las sanciones impuestas por el gobierno de los Estados Unidos prohíben solicitar o acceder a dichos documentos o información que estén en posesión del gobierno ilegítimo de Nicolás Maduro.

**A. CAPA fue designado por la Asamblea Nacional de 2015, el único gobierno de Venezuela reconocido como legítimo por Estados Unidos.**

3.     En diciembre de 2015, el pueblo venezolano votó abrumadoramente a favor del control por parte de la oposición del poder legislativo de Venezuela, la Asamblea Nacional (la "**Asamblea Nacional de 2015**"). Sin embargo, en lugar de aceptar los poderes constitucionales del parlamento, el líder autoritario de Venezuela, Nicolás Maduro, inició una campaña para desconocer esos poderes y anular la Asamblea Nacional; posteriormente, ha declarado la victoria en dos elecciones presidenciales, en 2018 y en 2024, que han sido mundialmente condenadas como fraudulentas.[1]

4.     En respuesta a los resultados electorales de 2018, la Asamblea Nacional designó al diputado Juan Guaidó como presidente interino en enero de 2019, y el 23 de enero de 2019 el Gobierno de los Estados Unidos reconoció a ese gobierno interino.[2] Además, la Asamblea Nacional promulgó el Estatuto que rige la Transición a la Democracia para el Restablecimiento de la Vigencia de la Constitución de la República Bolivariana de Venezuela (el "**Estatuto de Transición**") para restaurar el orden constitucional y establecer un marco institucional para un régimen de transición mientras se restablece la democracia.

5.     En enero de 2023, la Asamblea Nacional disolvió el gobierno interino y, mediante una enmienda al Estatuto de Transición, estableció CAPA para administrar y proteger los activos del Gobierno de Venezuela en el exterior, incluyendo en los Estados Unidos. Las atribuciones de

---

[1] *Véase Venezuela: A Democratic Crisis,* U.S. Dep't of State: Bureau of W. Hemisphere Affs., https://2017-2021.state.gov/a-democratic-crisis-in-venezuela/#crisis; Press Release, Dep't of the Treasury's Off. of Foreign Assets Control, Treasury Sanctions Venezuelan Officials Supporting Nicolas Maduro's Repression and Illegitimate Claim to Power (10 de enero del 2025), https://home.treasury.gov/news/press-releases/jy2778.

[2] *Véase* Michael R. Pompeo, *Recognition of Juan Guaido as Venezuela's Interim President* (Reconocimiento de Juan Guaido como presidente interino de Venezuela), Departamento de Estado de los Estados Unidos (23 de enero de 2019), https://2017-2021.state.gov/recognition-of-juan-guaido-as-venezuelas-interim-president/.

2

CAPA están establecidas en el artículo 9 del Estatuto de Transición, modificado y publicado en la Gaceta Legislativa No. 82 del 16 de diciembre de 2024.

6. Desde enero de 2023, el Departamento de Estado de los Estados Unidos reconoce la Asamblea Nacional de 2015 como "la última institución democrática que queda en Venezuela".[3] Recientemente, Estados Unidos ha reafirmado "su reconocimiento y apoyo a la Asamblea Nacional de 2015 como gobierno de Venezuela" y como "el único gobierno de Venezuela debidamente elegido por el pueblo venezolano".[4]

7. En enero de 2023, la Oficina de Control de Activos Extranjeros emitió la Licencia General N.º 31B, que autorizó a las personas de Estados Unidos a participar en todas las transacciones con la Asamblea Nacional y cualquier entidad establecida por esta (lo que incluye a CAPA).[5]

**B. Las sanciones del Gobierno de los Estados Unidos impiden que CAPA solicite o acceda a documentos en posesión del Gobierno de Maduro.**

8. Entiendo que esta causa se presenta como una supuesta demanda colectiva en nombre de presuntos tenedores de dos series distintas de bonos soberanos de la República, bajo Acuerdos de Agencia Fiscal separados: bonos al 13,625 % identificados con el número ISIN USP922646AT10 emitidos por la República en virtud del Acuerdo de Agencia Fiscal del 6 de agosto de 1998, según sus enmiendas (los "**Bonos AT10**"), y bonos al 13,625 % identificados con

---

[3] *Véase* Ned Price, portavoz del Departamento, *Venezuela's Interim Government and the 2015 National Assembly* (El Gobierno interino de Venezuela y la Asamblea Nacional de 2015), Departamento de Estado de los Estados Unidos (3 de enero de 2013), https://2021-2025.state.gov/venezuelas-interim-government-and-the-2015-national-assembly/.
[4] *Véase la* Declaración de Intereses de los Estados Unidos de América. *Petróleos de Venezuela S.A. contra MUFG Union Bank, N.A.,* No. 1:19-cv-10023, expediente electrónico (ECF) No. 393 (Distrito Sur de Nueva York, 29 de agosto de 2025).
[5] *Véase Statement*, Andrea M. Gacki, Director, Off. of Foreign Assets Control, General License No. 31B: Certain Transactions Involving the IV Venezuelan National Assembly and Certain Other Persons (9 de enero del 2023), https://ofac.treasury.gov/system/files/126/venezuela_gl31b.pdf.

3

el número ISIN USP9395PAA95 emitidos por la República en virtud del Acuerdo de Agencia Fiscal de 25 de julio de 2001, según sus enmiendas (los "**Bonos AA95**").

9. Las sanciones de los Estados Unidos contra el régimen de Maduro prohíben a los miembros de CAPA, quienes residen en el exilio en Estados Unidos, acceder, o solicitar acceso a registros internos, documentos o información en poder del gobierno de Maduro, incluyendo ministerios, empresas estatales u otros organismos que actualmente están bajo el control de las autoridades de Maduro.[6]

10. En consecuencia, CAPA se le prohíbe acceder, o solicitar acceso a registros internos, documentos o información relacionada con los Bonos AT10 o los Bonos AA95 que se encuentran en posesión del gobierno de Maduro.

11. Además de los documentos que han sido presentados por los demandantes en este litigio o que están a disposición del público, CAPA no tiene ningún documento o información relativa a los Bonos AT10, los Bonos AA95 o cualquier tenedor de dichos bonos.

De conformidad con la sección 1746 del título 28 del Código de los Estados Unidos (U.S.C.), declaro bajo pena de perjurio que lo anterior es cierto y correcto. Firmado el 26 de noviembre de 2025.

DocuSigned by:

*Gustavo Marcano*

26-11-2025 | 3:02 PM PST

838BFB97489E425...

Gustavo Marcano

---

[6] *Véase* Executive Order 13884, 84 Fed. Reg. 38843 (7 de agosto de 2019), https://www.federalregister.gov/documents/2019/08/07/2019-17052/blocking-property-of-the-government-ofvenezuela; Press Release, Dep't of the Treasury's Off. of Foreign Assets Control, Treasury Sanctions Venezuelan Officials Supporting Nicolas Maduro's Repression and Illegitimate Claim to Power (10 de enero de 2025), https://home.treasury.gov/news/press-releases/jy2778.

4