UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
MASSIMO MAZZACCONE,                      :
                                         :
                        Plaintiff,       :        24cv6168 (DLC)
                                         :
            -v-                          :        ORDER
                                         :
BOLIVARIAN REPUBLIC OF VENEZUELA,        :
                                         :
                        Defendant.       :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

     On September 19, 2025, plaintiff Massimo Mazzaccone moved

for class certification, appointment as class representative,

and appointment of Duane Morris LLP as class counsel in this

action.  On November 27, 2025, defendant filed its opposition to

the motion.  Plaintiff filed his reply on January 9, 2026.  As

required by this Court's June 13, 2025 Order, it is hereby

     ORDERED that plaintiff shall promptly deliver to Chambers

by mail or delivery to the United States Courthouse, 500 Pearl

Street, New York, New York, two (2) courtesy copies of the

motion papers.

Dated:    New York, New York
          January 20, 2026

                              _____
                                        DENISE COTE
                              United States District Judge