UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
MASSIMO MAZZACCONE,                        :
                                           :
                         Plaintiff,        :
                                           :        24cv6168 (DLC)
            -v-                            :
                                           :        ORDER
THE BOLIVARIAN REPUBLIC OF VENEZUELA,     :
                                           :
                         Defendant.        :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

    On February 17, 2026, plaintiff's motion for class

certification was granted.  Accordingly, it is hereby

    ORDERED that plaintiff submit a proposed notice to class

members in each certified class pursuant to Fed. R. Civ. P.

23(c)(2)(B) by March 6, 2026.  In advance of this deadline, the

parties are encouraged to meet and confer regarding the proposed

notice.

    IT IS FURTHER ORDERED that the parties meet and confer

regarding a schedule for further pretrial proceedings in this

case and file a joint proposed schedule by March 6, 2026.

Dated:    New York, New York
          February 17, 2026

                                    _____
                                    DENISE COTE
                                    United States District Judge