UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MASSIMO MAZZACCONE, individually and on behalf of all others similarly situated, | Civil Case No.: 1:24-cv-06168-DLC |
| Plaintiff, | [PROPOSED] ORDER APPROVING FORM OF CLASS NOTICE AND DIRECTING CLASS NOTICE TO THE CLASS |
| v. | |
| THE BOLIVARIAN REPUBLIC OF VENEZUELA, | |
| Defendant. | |

WHEREAS, by Opinion and Order dated February 17, 2026 and pursuant to Fed. R. Civ. P. 23, in the above-captioned action (the "Action") this Court certified two Classes:

(1) With respect to the 13.625% Notes issued by the Bolivarian Republic of Venezuela (the "Republic" or "Defendant") with ISIN USP9395PAA95 and CUSIP No. P9395PAA9 having the maturity date of August 15, 2018 (the "AA95 Notes"): all holders of beneficial interests in the AA95 Notes on August 14, 2024, who continue to hold thereafter (the "AA95 Class"); and

(2) With respect to the 13.625% Bonds issued by Defendant with ISIN USP922646AT10 and CUSIP No. 922646AT1 having the maturity date of August 15, 2018 (the "AT10 Bonds"): all holders of beneficial interests in the AT10 Bonds on August 14, 2024, who continue to hold thereafter (the "AT10 Class").

WHEREAS, the AA95 Class and AT10 Class (collectively, the "Classes") shall exclude Defendant; and

WHEREAS, Plaintiff has made a motion for the approval of the Notice of Pendency of Class Action (the "Notice") for the Classes, attached hereto as Exhibits A, and for approval of the manner of providing notice to the Classes;

NOW, THEREFORE, IT IS HEREBY ORDERED:

1. The Court approves the retention of RG/2 Claims Administration LLC, P.O. Box 59479, Philadelphia, PA 19102-9479, as the Notice Administrator for this case.

2. The Notice attached as Exhibit A is approved.

3. Within 30 days from the date of this Order, Class Counsel and/or the Notice Administrator shall file a notice in the Court docket certifying that the following notifications have occurred, with any exceptions or comments to be noted. The date of such filing shall be the "Notice Date."

4. Class Counsel and/or the Notice Administrator shall request the Depository Trust & Clearing Corporation ("DTCC") to implement reasonable procedures to disseminate copies of the Notice to the AA95 Class and AT10 Class members through DTCC Participants and other members of the DTCC clearing system.

5. As the Notice Administrator, RG/2 Claims Administration LLC shall obtain Securities Position Reports from DTCC for the AA95 Notes (ISIN No. USP9395PAA95 / CUSIP P9395PAA9) and the AT10 Bonds (ISIN No. USP922646AT10 / CUSIP 922646AT1) for the date of August 14, 2024.

6. Class Counsel and/or the Notice Administrator shall promptly create a website (the "Notice Website"), www.VenezClassActions.com, designed to be readily located in user searches and otherwise accessible by the AA95 Class and AT10 Class members and the public. The Notice Website shall be maintained for the duration of the active litigation and shall display pertinent case documents, notices, and other relevant information, including the Notice and a sample Request for Exclusion Form (as defined below).

7. Class Counsel and/or the Notice Administrator shall send the Notice by first class mail postage pre-paid to all AA95 Class and AT10 Class members who can be identified through reasonable efforts, including through obtaining Class member contact information through the DTCC clearing system; and to all such Class members who request it.

8. By the Notice Date, Plaintiff will also publish the Notice substantially in the form attached as Exhibit A to the Proposed Order in the following media: (1) DTCC's Legal Notice System (LENS), a comprehensive and searchable library of legal notices and sender of such notices via email, and (2) the Notice Website.

9. Class members shall be bound by all determinations and judgments in the Action, whether favorable or unfavorable, unless such persons and entities request exclusion from the Classes in a timely and proper manner, as hereinafter provided. All notices provided to the AA95 Class and AT10 Class members hereunder shall provide notification of their rights to opt out of these Classes and provide instructions as to how to do so. Class Counsel will also provide an example "Request for Exclusion Form" on the Notice Website. Any AA95 Class or AT10 Class member who provides notice of intention to opt out must do so no later than [45 days after mailing of the Notice], at which time such Class member shall be deemed to have excluded him/her/itself from the respective Class or Classes.

10. The Court hereby finds that the distribution, dissemination, and mailing of the Notice, substantially in the manner and form set forth in this Order, meet the requirements of Rule 23 of the Federal Rules of Civil Procedure, constitute the best notice practicable under the circumstances to members of the AA95 Class and AT10 Class, and satisfy the requirements of constitutional due process, and shall constitute due and sufficient notice to all persons entitled thereto.

11.	The Notice Administrator shall retain all Requests for Exclusion received, in their original form and with a notation as to the date received. The Notice Administrator shall compile a summary of the claims covered by the Requests for Exclusion and provide it to Class Counsel, counsel for Defendant, and the Court, and a definitive list of opt-outs shall be established as may be suggested by counsel or directed by the Court. Persons or entities determined to have opted out shall not be deemed members of the Classes and shall have no rights with respect to the Action, nor be bound thereby.

	IT IS SO ORDERED.

Dated: _____

	                                          _____
	                                          Judge Denise L. Cote, U.S.D.J.
	                                          United States District Court
	                                          Southern District of New York