UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
MASSIMO MAZZACCONE,                   :
                                      :
                  Plaintiff,          :
                                      :       24cv6168 (DLC)
          -v-                         :
                                      :          ORDER
THE BOLIVARIAN REPUBLIC OF VENEZUELA, :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     On February 17, 2026, plaintiff's motion for class

certification was granted.  On March 6, plaintiff filed a

proposed notice to class members.  Accordingly, it is hereby

     ORDERED that the parties shall appear for a telephone

conference regarding the proposed notice on **March 11, 2026 at**

**2:30 p.m.**  The parties shall use the following dial-in

credentials for the telephone conference:

          Dial-in:      1-855-244-8681
          Access Code:  2312 042 2648

The parties shall use a landline if one is available.


Dated:    New York, New York
          March 9, 2026

                              _____
                                      DENISE COTE
                              United States District Judge