UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
MASSIMO MAZZACCONE,                    :
                                       :            24cv6168 (DLC)
                         Plaintiff,    :
          -v-                          :            ORDER
                                       :
BOLIVARIAN REPUBLIC OF VENEZUELA,      :
                                       :
                         Defendant.    :
                                       :
-------------------------------------- X

DENISE COTE, District Judge:

     With the proposed notice to class members having been

approved in this case, it is hereby

     ORDERED that any motion for summary judgment shall be

served by the following dates:

          —    Motion served by **June 12, 2026**
          —    Opposition served by **July 10, 2026**
          —    Reply served by **July 24, 2026**

At the time any reply is filed, the moving party shall supply

Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.


Dated:    New York, New York
          March 16, 2026


                              _____
                                        DENISE COTE
                              United States District Judge