UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MASSIMO MAZZACCONE, Plaintiff, -v- BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | : | 24cv6168 (DLC) ORDER |

DENISE COTE, District Judge:

On July 7, 2026, a telephone conference was held regarding the defendant's request for a 45-day extension of the deadline for potential class members to opt out of the class. Pursuant to the discussion at the conference, it is hereby

ORDERED that the request to extend the opt-out date is denied.

Dated: New York, New York
July 7, 2026

Denise Cote
DENISE COTE
United States District Judge