Case 1:24-cv-06168-DLC Document 101 Filed 08/27/26 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MASSIMO MAZZACCONE,

Plaintiff,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

Defendant.

Case No. 1:24-cv-06168 (DLC)

Granted.
Denise Cote
9/3/26

**NOTICE OF CASA EXPRESS CORP AND CHICKPEN, S.A.'S UNOPPOSED MOTION FOR EXCLUSION FROM THE CERTIFIED CLASSES**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and the exhibits annexed thereto, Casa Express Corp, as Trustee of Casa Express Trust ("Casa Express"), and Chickpen, S.A. ("Chickpen" and, together with Casa Express, "Movants"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(B) and 23(c)(2)(B)(v), will move this Court, before the Honorable Denise L. Cote, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an Order excluding Movants from the Certified Classes in the above-captioned matter and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the accompanying Memorandum of Law, undersigned counsel conferred with Class Counsel and counsel to the Bolivarian Republic of Venezuela prior to filing this motion.

Class Counsel has advised that Plaintiff does not oppose the relief requested, and counsel to the Bolivarian Republic of Venezuela has likewise advised that Venezuela does not oppose the relief requested.

Dated: August 27, 2026

Respectfully submitted,

GAMARDO, P.A.

By: ______________________

Andres Gamardo, Esq.
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
Tel.: (786) 741-2662
*Counsel for Casa Express Corp, as Trustee of Casa Express Trust, and Chickpen, S.A.*