UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MASSIMO MAZZACCONE, Plaintiff, | | 24cv6168 (DLC) |
| -v- | | NOTICE |
| BOLIVARIAN REPUBLIC OF VENEZUELA, Defendant. | | |

DENISE COTE, District Judge:

A letter dated October 15, 2026 from Intertrace S.L. regarding this case was recently received by chambers. A copy of the correspondence has been provided to all counsel of record.

Dated: New York, New York
November 9, 2026

DENISE COTE
United States District Judge